## JOHN W. HUNTER *versus* THE CORPORATION OF THE CATHOLIC, APOSTOLIC AND ROMAN CHURCH OF ST. ANNE

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 261; (2) discontinued *p. 271.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) precipe for certiorari; (4) writ of certiorari; (5) transcript of county court record; (6) declaration; (7) precipe for default judgment; (8) certificate of payment of county court costs; (9) receipt for payment on judgment; (10) receipt for court costs.

*Office Docket*, MS p. 127, c. 36. (Case 89 of 1820) Recorded in *Book B*, MS pp. 1–5.

## WILLIAM C. JOHNSON AND HARPIN JOHNSON *versus* PHILO TAYLOR

JOURNAL ENTRIES (1821–28): *Journal 3:* (1) Continued *p. 261; (2) continued *p. 343; (3) continued *p. 391; (4) continued *p. 443; (5) continued *p. 493. *Journal 4:* (6) Continued MS p. 4; (7) continued MS p. 93; (8) continued MS p. 140; (9) rule for nonsuit MS p. 225.

PAPERS IN FILE: (1) Precipe for process; (2) affidavit of indebtedness; (3) capias and return; (4) declaration; (5) copy of bond; (6) plea of nil debet; (7) affidavit for continuance; (8) stipulation re commission to take depositions; (9) motion of Larned to strike his name as attorney.

*1821 Calendar*, MS p. 57.